# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TOMMIE DEE JONES.** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 5:19-cv-0875-LCB |
| **SOCIAL SECURITY ADMINISTRATION, COMMISSIONER,** | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

On December 15, 2020, the Magistrate Judge entered a Report and Recommendation recommending that the Court affirm the Commissioner's decision. (Doc. 14). The Plaintiff filed timely objections to the Report and Recommendation on December 29, 2020. (Doc. 15). On January 20, 2021, this case was reassigned to the undersigned.

Having conducted a *de novo* review of this case, including careful consideration of the record and the Magistrate Judge's Report and Recommendation, the Court hereby **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** his Recommendation. The Court considered the Plaintiff's objections and finds that they are due to be and are hereby **OVERRULED**. In accordance with the Recommendation, the Court finds that the Commissioner's

decision is due to be affirmed.  An order in accordance with this Memorandum Opinion will be entered.

    **DONE** and **ORDERED** March 9, 2021.

                                                            **LILES C. BURKE**
                                                            UNITED STATES DISTRICT JUDGE